UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROY RAY BEATY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-07-37 |
| | § | |
| TEXAS BOARD OF PARDONS AND | § | |
| PAROLES, *et al*, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS

Pending is plaintiff's motion for an extension of time to file objections to the memorandum and recommendation (D.E. 12), filed on April 2, 2007. Plaintiff requests additional time to file objections because the inmate who is helping him is on lockdown. On March 28, 2007, objections to the memorandum and recommendation were filed (D.E. 11). The objections have the signature of the plaintiff, but arrived in an envelope containing inmate Kirk McBride's name and inmate number on the return address (D.E. 11). Plaintiff shall notify the court within ten days of the date of this order if the objections were not filed with plaintiff's permission.

To the extent plaintiff is requesting additional time to file objections, the motion is granted. Supplemental objections, if any, shall be filed on or before **Monday, April 9, 2007.**

**ORDERED** this 3rd day of April, 2007.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE