UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROY RAY BEATY,<br>　　　Plaintiff | § § § | |
| v. | § § | Civil No. CC-07-037 |
| TEXAS BOARD OF PARDONS<br>AND PAROLES, ET AL.,<br>　　　Defendants | § § § § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On January 7, 2008, the United States Magistrate Judge filed a memorandum recommending the Court grant Defendants' motion for summary judgment and dismiss Plaintiff's claims with prejudice (D.E. 29). The bases for her recommendation are that (1) Plaintiff's due process claims have no merit; (2) Plaintiff fails to state a claim for which relief can be granted; and (3) Defendants' are entitled to immunity.

Plaintiff did not file objections. The Court regards such omission as Plaintiff's agreement with and acceptance of the Magistrate Judge's findings. Having reviewed the pleadings on file, the Court finds no error in the Magistrate Judge's memorandum. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1420 (5th Cir. 1996)). The Court adopts the findings and conclusions of the Magistrate Judge.

Defendants' motion for summary judgment is GRANTED (D.E. 23, 24). Plaintiff's

claims are DISMISSED with prejudice.

ORDERED this _18_ day of _____Feb_____, 2008.

_____
HAYDEN HEAD
CHIEF JUDGE